IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE PATRICK PHILLIPS, ) <br> #243 212, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> GARY HETZEL, WARDEN, *et al.,* ) <br> ) <br> Respondents. ) | CASE NO. 2:09-cv-279-WHA <br><br> (WO) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #16) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #16) of the Magistrate Judge is ADOPTED and the petition for writ of habeas corpus is DENIED and DISMISSED with prejudice as time-barred.

A separate judgment shall issue.

Done this 29th day of March, 2011.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE