IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LAWRENCE PATRICK PHILLIPS, #243 212, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) ) | CASE NO. 2:09-cv-279-WHA (WO) |
| GARY HETZEL, WARDEN, *et al.,* | ) ) | |
| Respondents. | ) | |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Respondents.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 29th day of March, 2011.

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE